

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2019

No. 04-19-00345-CV

## IN THE INTEREST OF S.M.P.M. AND N.J.M., JR., CHILDREN,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00964
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due to be filed on July 9, 2019. On July 9, 2019, appellant filed a motion requesting an extension of time to file the brief. By order dated July 11, 2019, the motion was granted, extending the deadline to July 29, 2019. The order stated, "Given the time constraints governing the disposition of this appeal, **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED**."

On July 26, 2019, appellant's attorney filed a second motion for extension of time stating the reporter's record from the March 5, 2019 bench trial at which appellant mother's parental rights were terminated has not been filed. Instead, the reporter's record from the May 3, 2019 bench trial at which the father's parental rights were terminated was filed. On July 31, 2019, appellant's attorney filed an amended second motion for extension of time, amending the date of the bench trial to April 5, 2019. On August 5, 2019, the court reporter responsible for preparing the reporter's record, Ms. Angie Jimenez, filed a notification of late record, stating she was notified a week ago that she needed to prepare and file the record from the April 5, 2019 bench trial.

Appellant's amended second motion for extension of time is GRANTED, and the original second motion for extension of time is MOOT. It is ORDERED that Ms. Jimenez file the reporter's record from the April 5, 2019 bench trial no later than August 23, 2019. It is further ORDERED that appellant's brief must be filed no later than two weeks after the date the reporter's record is filed. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES**.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2019.



_____
Keith E. Hottle,
Clerk of Court